FILED

2010 Nov-22  AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **PRIVATE CAPITAL GROUP, INC.,** **)** | |
| ***et al.,*** **)** | |
| **)** | |
| **Plaintiffs,** **)** | |
| **)** | |
| **vs.** **)** | **Civil Action No. CV-10-S-1398-NW** |
| **)** | |
| **BRAL HOLDINGS, LLC,** ***et al.,*** **)** | |
| **)** | |
| **Defendants.** **)** | |

## ORDER

Upon further reflection of the statements made during oral argument, the court concludes that it needs additional information.  Accordingly, the parties are ORDERED to file written responses to the following questions:

1.  On what date, in what book, and on what page was the deed initially transferring "Parcel 2" (the property located at 102 Maryland Street in Tuscumbia, Alabama) from DeNora Tech, LLC to BRAL Holdings, LLC in 2006 recorded?

2.  On what date, in what book, and on what page was the January 11, 2008 mortgage between plaintiffs and defendants recorded?

3.  Was a deed executed to transfer title of Parcel 2 from BRAL Holdings, LLC, back to DeNora Tech, LLC, after Judge Inge P. Johnson entered

an order on December 22, 2008, requiring that title be so transferred? If so, on what date, in what book, and on what page was that deed recorded?

4.   On what date, in what book, and on what page was the foreclosure deed memorializing the April 30, 2009 foreclosure sale of Parcel 2 to plaintiffs recorded?

5.   Did De Nora Tech, LLC receive a deed when it purchased Parcel 2 at the April 5, 2010 tax sale?  If so, on what date, in what book, and on what page was the deed recorded?

The court prefers a joint response by all parties (present parties, together with the prospective intervening party).  If the parties cannot agree upon a joint response, however, they may submit separate responses.  The response(s) must be filed on or before December 3, 2010.

DONE this 22nd day of November, 2010.

_____
United States District Judge