FILED

2011 Aug-29  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWEST DIVISION

| | | |
|---|---|---|
| **PRIVATE CAPITAL GROUP, INC.,** *et al.*, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | **Civil Action No. 3:10-cv-01398-CLS** |
| **BRAL HOLDINGS, LLC,** *et al.*, | ) ) ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| **DE NORA TECH INC.,** | ) ) ) | |
| *Intervenor-Plaintiff*, | ) ) | |
| v. | ) ) | **Civil Action No. 3:10-cv-01398-CLS** |
| **PRIVATE CAPITAL GROUP, INC.** *et al.*, | ) ) ) | |
| *Intervenor-Defendants*. | ) | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

**COMES NOW** De Nora Tech, Inc. ("De Nora") and moves this Honorable

Court to enforce the terms of the Settlement Agreement reached by the parties.  As

grounds for this motion, De Nora states as follows:

1/2209786.1

1.    On or about January 11, 2008, a number of individual (hereinafter referred to as the "Lenders"):

> Aquita Ventures, LLC
> Ash Brook Properties, LLC
> Beth S. Black
> Bradley & Leslie Call
> Bryan & Jana Call
> Call Auto Enterprises, Inc. (Bryan Call)
> Craig C. Michelle R. Labarum
> David &Amy Bitter
> Del Rio Investments
> Evella Enterprises, LLC
> Frank A. & Diane M. Torrelli
> Frazier Family Trust dated 7/24.200 – Van W. Pamela
>     W. Frazier, Trustees
> IRA Services/First Regional BK Custodian FBO
>     Frank Sciacca 036031
> James & Elizabeth Knight
> James & Tina Moore
> Jared & Burgandy Rupp
> Julie Johnson
> Kapua K. Sproat
> Kevin L. & Lou Ann Heaton
> Mark Amakasu
> Martha C. Sappington
> Michael & Lori Dischobein
> Michael M. & Julita B. Guillen
> Michael Robinson
> Michael W. & Jan M. Busby
> NMB Investments, LLC
> Robert & Vickie Nelson
> Ronald & Gayle Ball
> S & K Family Limited Partnership
> Sandy Walters
> Shane & Carol Lamb
> Snyder Investments
> Vivian Brown
> Zane P. Lisa Westover

1/2209786.1

entered into an agreement with BRAL Holdings, LLC ("BRAL"), David R. Bennett and David Spence (hereinafter jointly referred to as "Borrowers") whereby the Lenders loaned the Borrowers Two Million ($2,000,000.00) Dollars.

2.    The Borrowers gave three different parcels of property to the Lenders as collateral, including a parcel at 102 Maryland Street, Tuscumbia, Alabama 35674 (the "Property").

3.    The Borrower gave the Lenders a Mortgage in the Property.

4.    Private Capital Group, Inc. ("PCG") serviced the mortgage for the Lenders.

5.    On February 25, 2009, BRAL conveyed the property to De Nora. This General Warranty Deed was recorded in the Colbert County Recorder's Office in Book 2009, Page 4981-4982.

6.    The Borrowers defaulted on their loan with the Lenders.

1/2209786.1

7.      PCG and the Lenders foreclosed on the Property and the other parcels on April 30, 2009.

8.      De Nora purchased the Property at a tax sale on April 4, 2010.

9.      PCG and the Lenders filed suit against the Borrowers in this Court on June 4, 2010 (the "Lawsuit").

10.     De Nora intervened in the Lawsuit to protect its interest in the Property.

11.     After some months of litigation, the parties reached a settlement.

12.     The settlement was memorialized by correspondence between counsel for the parties and ultimately by the Settlement Agreement attached hereto as Exhibit A.

13.     Among the conditions of the Settlement Agreement are (a) the execution by PCG and the Lenders of a Quitclaim Deed; and (b) the execution by the Lenders of a Partial Release of Lien.

1/2209786.1

14.    Attorneys for the parties have been working together to try and get the appropriate documents signed by all of the parties.

15.    De Nora has signed all of the documents that it is required to sign to finalize the settlement.

16.    Some of the Lenders have signed the Quitclaim Deed and Partial Release of Lien, which are two of the documents the Lenders are required to sign to finalize the settlement.

17.    De Nora has given PCG and the Lenders numerous extensions of time to get all of the required signatures on the Quitclaim Deed and Partial Release of Lien.

18.    PCG recently informed De Nora that it might not be able to get all of the Lender's signatures as required by the Settlement Agreement.

19.    De Nora has tried to resolve this situation by offering to accept the signature of PCG for those Lenders who have not signed the required demand, if PCG will also provide DeNora with title insurance to protect DeNora if any of the non-signing Lenders later seek to attack De Nora's title to the Property.

1/2209786.1

20.    PCG has not been able to provide title insurance to protect De Nora's interests, and as such, the settlement has not been finalized.

WHEREFORE, PREMISES CONSIDERED, DeNora Tech, Inc. respectfully requests this Honorable Court to enter an Order Enforcing Settlement Agreement by either (a) ordering all Lenders to sign the required paperwork; or (b) authorizing PCG to sign the required documents and forcing PCG to sign the required documents on behalf of the non-signing Lenders while providing title insurance to DeNora to protect DeNora from any claims by the non-signing Lenders; or (c) ordering that counsel for PCG be appointed as limited Attorney-In-Fact to act on their behalf and in their stead with respect to the transfer of the Property by Quitclaim Deed and the signing of a Partial Release of Lien.

/s/ T. Michael Brown
Counsel for De Nora Tech, Inc.

OF COUNSEL
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record

1/2209786.1

registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record, and to parties for which no counsel have yet appeared, who are not registered to receive electronic service by operation of the court's electronic filing system as follows:

Charles R. Johanson III, Esq.
ENGEL, HAIRSTON & JOHANSON P.C.
4th Floor, 109 North 20th Street
P. O. Box 11405
Birmingham, AL 35202

*Defendant David R. Bennett*
*Defendant David W. Spence*
*Defendant BRAL Holdings, LLC*
C/O William Robert Little, its Registered Agent
4460 Legendary Drive
Suite 400
Destin, FL 32541

/s/ T. Michael Brown
OF COUNSEL

1/2209786.1

34