FILED
2011 Aug-29 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

## RELEASE AND SETTLEMENT AGREEMENT

This "Release and Settlement Agreement" (the "Agreement") is made, entered into, and executed by and among De Nora Tech Inc. ("De Nora"), a Delaware Corporation, Private Capital Group, Inc. ("PCG"), a Utah Corporation, NMB Investments, Inc., a Nevada Corporation, Michael Robinson, an individual, Jared Rupp and Burgandy Rupp, a married couple, Joshua D. Scott and Jalee S. Scott, a married couple, S&K Family Limited Partnership, a Utah Limited Partnership, Robert Nelson and Vickie Nelson, a married couple, Ronald Ball and Gayle Ball, a married couple, Sandy Walters, an individual, Del Rio Investments, a California Corporation, Mark Amakasu, an individual, Bradley Call and Leslie Call, a married couple, Bryan Call and Jana Call, a married couple, Michael M. Guillen and Julita B. Guillen, a married couple, Julie Johnson, an individual, Craig C. Labrum and Michelle R. Labrum, a married couple, Shane Lamb and Carol Lamb, a married couple, Beth S. Black, an individual, Aqulila Ventures, LLC, a Texas Limited Liability Company, David Bitter and Amy Bitter, a married couple, Michael W. Busby and Jan M. Busby, a married couple, Kevin L. Heaton and Lou Ann Heaton, a married couple, James Moore and Tina Moore, a married couple, Kapua K. Sprout, an individual, David D. Walton and Kathy Walton, a married couple, Placitas Gold, LLC, a New Mexico Limited Liability Company, James Knight and Elizabeth Knight, a married couple, Michael Dischbein and Lori Dischbein, a married couple, Martha C. Sappington, an individual, Zane P. Westover and Lisa Westover, a married couple, Frazier Family Trust, a Nevada Trust, Vivian Brown, an individual, Evella Enterprises, LLC (formerly known as IRA4SC, LLC), a California Limited Liability Company, Snyder Investments, a Utah Corporation, Frank A. Torrelli and Diane



EXHIBIT
A

M. Torrelli, a married couple, Ash Brook Properties, LLC, a Utah Limited Liability Company, and Call Auto Enterprises, Inc., an Idaho Corporation, (hereinafter referred to collectively as the "Lenders" or individually as "Lender") (De Nora, PCG and the Lenders are hereinafter referred to collectively as the "Parties").

## RECITALS

A.    WHEREAS, on or about January 11, 2008, the Lenders and BRAL Holdings, LLC ("BRAL"), a Georgia Limited Liability Company, David R. Bennett, an individual, and David W. Spence, an individual (collectively the "Borrowers") entered into an agreement whereby the Lenders loaned the Borrowers Two-Million Dollars ($2,000,000.00) (hereinafter the "Loan"); and

B.    WHEREAS, on or about January 11, 2008, the Borrowers offered three separate real estate tracts located at 502 Washington Drive, Muscle Shoals, AL 35661 ("Parcel 1"), 102 Maryland Street, Tuscumbia, Alabama 35674 ("Parcel 2"), and 103 S. Atlanta Ave, Sheffield, Alabama 35660 ("Parcel 3") as collateral for the Loan (Parcel 1, Parcel 2 and Parcel 3 hereinafter collectively referred to as the "Collateral"); and

C.    WHEREAS, the Borrowers gave the Lenders a mortgage in the Collateral (hereinafter the "Mortgage");

D.    WHEREAS, PCG agreed to service the Loan and the Mortgage on behalf of the Lenders; and

E.    WHEREAS, the Borrowers defaulted on the Loan and the Mortgage; and

F.    WHEREAS, BRAL conveyed Parcel 2 to De Nora by General Warranty Deed on February 25, 2009, which was recorded in the Colbert County Recorder's Office in Book 2009 Page 4981-4982; and

2

G.    WHEREAS, PCG, acting on behalf of the Lenders, conducted a power of sale foreclosure of the Collateral on April 30, 2009 on the steps of Colbert County Courthouse (the "Foreclosure"); and

H.    WHEREAS, the Foreclosure was conducted in compliance with Article 1A of §§ 35-10-11 through 35-10-16 of the Alabama Code (1975) and therefore extinguished the Lenders' rights under the Mortgage and simultaneously made each and every Lender the owners of Parcel 1, Parcel 2, and Parcel 3; and

I.    WHEREAS, De Nora purchased Parcel 2 at a tax sale held at the Colbert County Courthouse on April 4, 2010; and

J.    WHEREAS, PCG and the Lenders sued the Borrowers on June 4, 2010 in an action styled as *Private Capital Group, Inc., et al., v. BRAL Holdings, LLC, et al.,* Civil Action Number 3:10-cv-01398 (United States District Court, Northern District of Alabama, Northwest Division) (the "Lawsuit"); and

K.    WHEREAS, PCG and the Lenders requested relief in the Lawsuit, including a declaration that the Foreclosure was void; and

L.    WHEREAS, De Nora intervened as a plaintiff in the Lawsuit and asserted various claims against PCG and the Lenders, including a claim for Declaratory Relief seeking to declare the Foreclosure valid, binding and lawful; and

M.    WHEREAS, the Parties have agreed to settle their claims with respect to Parcel 2 (the "Settlement"); and

N.    WHEREAS, in order to effectuate the Settlement, PCG and Lenders will convey all of their interest, if any, in Parcel 2 to De Nora pursuant to a Quitclaim Deed (the "Quitclaim Deed"); and

3

O.    WHEREAS, in order to further effectuate the Settlement, the Lenders will partially release its lien as stated in the Mortgage with respect to Parcel 2; and

P.    WHEREAS, in order to further effectuate the Settlement, PCG and the Lenders will dismiss Count II of their Complaint filed in the Lawsuit relating to the 102 Maryland Street parcel with prejudice; and

Q.    WHEREAS, in consideration of the above and to effectuate the Settlement, De Nora agrees to dismiss with prejudice all of its claims and causes of action filed in the Lawsuit.

NOW, THEREFORE, in acknowledgement of the truth of the foregoing recitals, and in consideration of the Deed, the release contained in this Agreement, the covenants and recitals contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, PCG, the Lenders, and De Nora, respectively, agree, promise, release, and covenant as follows:

1.    Private Capital Group, Inc., its officers, directors, stockholders, employees, subsidiaries, affiliated companies, representatives, attorneys, insurers, successors and assigns (collectively "PCG") does hereby release, remise, and forever discharge De Nora Tech, Inc., and its respective present and former officers, directors, stockholders, employees, subsidiaries, affiliated companies, parent companies, predecessor companies, joint ventures, representatives, attorneys, insurers, successors, and assigns (collectively "De Nora") of and from any and all claims, demands, causes of action, and suits of every kind and nature, that PCG has had or may now have or may have ever had against De Nora arising from or relating to or in any manner incidental to the Loan, the Mortgage and/or the Collateral.

4

2.      NMB Investments, Inc., a Nevada Corporation, Michael Robinson, an individual, Jared Rupp and Burgandy Rupp, a married couple, Joshua D. Scott and Jalee S. Scott, a married couple, S&K Family Limited Partnership, a Utah Limited Partnership, Robert Nelson and Vickie Nelson, a married couple, Ronald Ball and Gayle Ball, a married couple, Sandy Walters, an individual, Del Rio Investments, a California Corporation, Mark Amakasu, an individual, Bradley Call and Leslie Call, a married couple, Bryan Call and Jana Call, a married couple, Michael M. Guillen and Julita B. Guillen, a married couple, Julie Johnson, an individual, Craig C. Labrum and Michelle R. Labrum, a married couple, Shane Lamb and Carol Lamb, a married couple, Beth S. Black, an individual, Aqulila Ventures, LLC, a Texas Limited Liability Company, David Bitter and Amy Bitter, a married couple, Michael W. Busby and Jan M. Busby, a married couple, Kevin L. Heaton and Lou Ann Heaton, a married couple, James Moore and Tina Moore, a married couple, Kapua K. Sprout, an individual, David D. Walton and Kathy Walton, a married couple, Placitas Gold, LLC, a New Mexico Limited Liability Company, James Knight and Elizabeth Knight, a married couple, Michael Dischbein and Lori Dischbein, a married couple, Martha C. Sappington, an individual, Zane P. Westover and Lisa Westover, a married couple, Frazier Family Trust, a Nevada Trust, Vivian Brown, an individual, Evella Enterprises, LLC (formerly known as IRA4SC, LLC), a California Limited Liability Company, Snyder Investments, a Utah Corporation, Frank A. Torrelli and Diane M. Torrelli, a married couple, Ash Brook Properties, LLC, a Utah Limited Liability Company, and Call Auto Enterprises, Inc., an Idaho Corporation, as individuals, married couples, officers, directors, stockholders, employees, subsidiaries, affiliated companies, representatives, attorneys, insurers, successors and assigns

5

(collectively the "Lenders") do hereby release, remise, and forever discharge De Nora Tech Inc., and its respective present and former officers, directors, stockholders, employees, subsidiaries, affiliated companies, parent companies, predecessor companies, joint ventures, representatives, attorneys, insurers, successors, and assigns (collectively "De Nora") of and from any and all claims, demands, causes of action, and suits of every kind and nature, that the Lenders have had or may now have or may have ever had against De Nora arising from or relating to or in any manner incidental to the Loan, the Mortgage and/or the Collateral.

3.      De Nora Tech Inc., its officers, directors, stockholders, employees, subsidiaries, affiliated companies, representatives, attorneys, insurers, successors and assigns (collectively "De Nora") does hereby release, remise, and forever discharge Private Capital Group, Inc., and its respective present and former officers, directors, stockholders, employees, subsidiaries, affiliated companies, parent companies, predecessor companies, joint ventures, representatives, attorneys, insurers, successors, and assigns (collectively "PCG") of and from any and all claims, demands, causes of action, and suits of every kind and nature, that De Nora has had or may now have or may have ever had against PCG arising from or relating to or in any manner incidental to the Loan, the Mortgage and/or the Collateral.

4.      De Nora Tech Inc., its officers, directors, stockholders, employees, subsidiaries, affiliated companies, representatives, attorneys, insurers, successors and assigns (collectively "De Nora") does hereby release, remise, and forever discharge NMB Investments, Inc., a Nevada Corporation, Michael Robinson, an individual, Jared Rupp and Burgandy Rupp, a married couple, Joshua D. Scott and Jalee S. Scott, a married

6

couple, S&K Family Limited Partnership, a Utah Limited Partnership, Robert Nelson and Vickie Nelson, a married couple, Ronald Ball and Gayle Ball, a married couple, Sandy Walters, an individual, Del Rio Investments, a California Corporation, Mark Amakasu, an individual, Bradley Call and Leslie Call, a married couple, Bryan Call and Jana Call, a married couple, Michael M. Guillen and Julita B. Guillen, a married couple, Julie Johnson, an individual, Craig C. Labrum and Michelle R. Labrum, a married couple, Shane Lamb and Carol Lamb, a married couple, Beth S. Black, an individual, Aqulila Ventures, LLC, a Texas Limited Liability Company, David Bitter and Amy Bitter, a married couple, Michael W. Busby and Jan M. Busby, a married couple, Kevin L. Heaton and Lou Ann Heaton, a married couple, James Moore and Tina Moore, a married couple, Kapua K. Sprout, an individual, David D. Walton and Kathy Walton, a married couple, Placitas Gold, LLC, a New Mexico Limited Liability Company, James Knight and Elizabeth Knight, a married couple, Michael Dischbein and Lori Dischbein, a married couple, Martha C. Sappington, an individual, Zane P. Westover and Lisa Westover, a married couple, Frazier Family Trust, a Nevada Trust, Vivian Brown, an individual, Evella Enterprises, LLC (formerly known as IRA4SC, LLC), a California Limited Liability Company, Snyder Investments, a Utah Corporation, Frank A. Torrelli and Diane M. Torrelli, a married couple, Ash Brook Properties, LLC, a Utah Limited Liability Company, and Call Auto Enterprises, Inc., an Idaho Corporation, as individuals, married couples, officers, directors, stockholders, employees, subsidiaries, affiliated companies, representatives, attorneys, insurers, successors and assigns (collectively the "Lenders") of and from any and all claims, demands, causes of action, and suits of every kind and nature, that De Nora has had or may now have or may have ever had against the Lenders

7

arising from or relating to or in any manner incidental to the Loan, the Mortgage and/or the Collateral.

5.      **The Parties further declare and acknowledge that no representations made by any agent or attorney of any other party concerning the validity or merit of any claims, or regarding the consequences of entering into this Agreement, have induced them to make this release and that each of them is acting upon its own best judgment, belief, and knowledge of the nature and validity of any and all claims or potential claims when entering into this Agreement.  The Parties further declare and acknowledge that each of them is acting with the advice of his or its chosen legal counsel.  The Parties further represent that they have completely read all terms contained herein, and that such terms have been explained by their chosen counsel, and such terms are fully understood and voluntarily accepted by the Parties.**

6.      In further consideration of the covenants, promises, and the releases contained herein, PCG and the Lenders acknowledge and warrant that they have not at any time heretofore assigned to any other person or party all or any portion of any claim or potential claim whatsoever that they may have, or may have had, or may in the future have against De Nora.

7.      In further consideration of the covenants, promises, and the releases contained herein, De Nora acknowledges and warrants that it has not at any time heretofore assigned to any other person or party all or any portion of any claim or potential claim whatsoever that it may have, or may have had, or may in the future have against PCG or the Lenders.

8.    Within ten (10) days from the execution of the Agreement, PCG and the Lenders will convey Parcel 2 to De Nora pursuant the Quitclaim Deed, attached hereto as "Exhibit A" to this Agreement.

9.    Within ten (10) days from the execution of the Agreement, the Lenders will partially release the Mortgage with respect to Parcel 2 pursuant to a Partial Release of Recorded Lien ("Partial Release"), attached hereto as "Exhibit B" to this Agreement.

10.    Within ten (10) days from the execution of the Agreement, PCG and the Lenders will submit to the Court in the Lawsuit a Joint Motion to Dismiss With Prejudice Count II in Plaintiff's Complaint, attached hereto as "Exhibit C" to this Agreement.

11.    Within ten (10) days of receipt of the executed Quitclaim Deed, the executed Partial Release and a filed and stamped copy of the Joint Motion to Dismiss Count II in Plaintiff's Complaint With Prejudice, De Nora will submit the Court in the Lawsuit a Joint Motion to Dismiss Intervention Complaint With Prejudice, attached hereto as "Exhibit D" to this Agreement.

12.    This Agreement shall be construed and governed by the laws of the State of Alabama.

13.    In further consideration of the covenants, promises, and the releases contained herein, the Parties agree that their respective heirs, administrators, executors, successors, and assigns shall be fully bound by this release and all provisions hereof, just as the Parties are bound, and the Parties further agree that each and every provision of this release inures to the benefit of the Parties' respective heirs, administrators, executors, successors, and assigns.

9

14.    The Parties represent that they are represented by counsel of their choosing or that they have independently made their own analysis and decision to enter into this Agreement, and that they consider this Agreement to be fair and reasonable.

15.    The Parties further agree, declare and represent that the Agreement contains the entire agreement between the Parties and the terms of the Agreement are contractual and not a mere recital. This is a fully integrated agreement. It may not be altered or modified by oral agreement or representation or otherwise except by a writing of subsequent date hereto signed by all parties in interest at the time of the alteration or modification.

16.    This Agreement may be executed in any number of counterparts, and with facsimile signatures, with the same effect as if all of the Parties hereto had signed the same document. All counterparts shall be construed together and shall constitute one agreement.

17.    In the event that any one or more of the provisions contained herein shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this agreement, but this agreement shall be construed as if such invalid, illegal or unenforceable provisions had never been contained herein, unless the deletion of such provision or provisions would result in such a material change so as to cause completion of the transactions contemplated herein to be unreasonable.

18.    Each person signing this Agreement expressly represents that he or she has the full authority to sign this Agreement and bind the Party on whose behalf he or she is signing.

10

19.     Nothing in this Agreement shall affect the rights of any Lender or PCG to obtain monetary damages from the Borrowers in the Lawsuit.

IN WITNESS WHEREOF, PCG, the Lenders and De Nora have caused this Agreement to be executed.

DONE this the ___ day of _____, 2011.

De Nora Tech, Inc.

By: _____

Its: _____

STATE OF _____ )
                          :
_____ COUNTY      )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that _____, whose name as _____ of De Nora Tech, Inc., a Delaware corporation, and who is known to me, acknowledged before me on this day that he/she, being informed of the contents of said Release and Settlement Agreement, he/she, as such officer, and with full authority, executed the same voluntarily, as an act of said corporation.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
                                        Notary Public

[NOTARIAL SEAL]              My commission expires: _____

Private Capital Group, Inc.

By: _____

Its: _____


STATE OF _____ )
                         :
_____ COUNTY     )


         I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that _____, whose name as _____ of Private Capital Group, Inc., a Utah corporation, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of said Release and Settlement Agreement, he/she, as such officer, and with full authority, executed the same voluntarily for and as the act of said corporation.

         Given under my hand and official seal, this the _____ day of _____, 2011.


                                         _____
                                                 Notary Public

[NOTARIAL SEAL]              My commission expires: _____

13

NMB INVESTMENTS, INC.

By:    _____

Its:    _____


STATE OF _____ )
                                              :
_____ COUNTY    )


     I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that _____, whose name as _____ of NMB INVESTMENTS, INC., a Nevada corporation, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of said Release and Settlement Agreement, he/she, as such officer, and with full authority, executed the same voluntarily for and as the act of said corporation.

     Given under my hand and official seal, this the _____ day of _____, 2011.


                                          _____
                                               Notary Public

[NOTARIAL SEAL]    My commission expires: _____

14

MICHAEL ROBINSON

_____
Michael Robinson

STATE OF _____                )
                                       :
_____ COUNTY                   )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that MICHAEL ROBINSON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]                My commission expires: _____

15

JARED RUPP and BURGANDY RUPP

_____
Jared Rupp

_____
Burgandy Rupp

STATE OF _____            )
                              :
_____ COUNTY              )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JARED RUPP, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

STATE OF _____            )
                              :
_____ COUNTY              )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that BURGANDY RUPP, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

16

JOSHUA D. SCOTT and JALEE S. SCOTT

_____
Joshua D. Scott

_____
Jalee S. Scott

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JOSHUA D. SCOTT, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JALEE S. SCOTT, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

S & K FAMILY LIMITED PARTNERSHIP

By: _____

Its: _____


STATE OF _____ )
                         :
_____ COUNTY      )


I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that S & K FAMILY LIMITED PARTNERSHIP, whose name as _____ of S & K FAMILY LIMITED PARTNERSHIP, a Utah limited partnership, is signed to the Release and Settlement Agreement and who is known to me, acknowledged before me on this day that he/she, being informed of the contents of said Release and Settlement Agreement, he/she, as such officer, and with full authority, executed the same voluntarily, as an act of said trust.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

ROBERT NELSON and VICKIE NELSON

_____
Robert Nelson

_____
Vickie Nelson

STATE OF _____             )
                               :
_____ COUNTY               )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that ROBERT NELSON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

STATE OF _____             )
                               :
_____ COUNTY               )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that VICKIE NELSON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

19

RONALD BALL and GAYLE BALL


_____
Ronald Ball


_____
Gayle Ball


STATE OF _____            )
                             :
_____ COUNTY              )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that RONALD BALL, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

STATE OF _____            )
                             :
_____ COUNTY              )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that GAYLE BALL, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____


20

SANDY WALTERS

_____
Sandy Walters

STATE OF _____            )
                              :
_____ COUNTY              )

    I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that SANDY WALTERS, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he/she executed the same voluntarily on the day the same bears date.

    Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]                 My commission expires: _____

21

DEL RIO INVESTMENTS

By: _____

Its: _____


STATE OF _____ )
                            :
_____ COUNTY      )


I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that _____, whose name as _____ of DEL RIO INVESTMENTS, a California corporation, and who is known to me, acknowledged before me on this day that he/she, being informed of the contents of said Release and Settlement Agreement, he/she, as such officer, and with full authority, executed the same voluntarily, as an act of said corporation.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]                      My commission expires: _____

MARK AMAKASU


_____
Mark Amakasu


STATE OF _____          )
                           :
_____ COUNTY           )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that MARK AMAKASU, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]                    My commission expires:


23

BRADLEY CALL and LESLIE CALL

_____
Bradley Call

_____
Leslie Call

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that BRADLEY CALL, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that LESLIE CALL, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

24

BRYAN CALL and JANA CALL

_____
Bryan Call

_____
Jana Call

STATE OF _____          )
                              :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that BRYAN CALL, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

STATE OF _____          )
                              :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JANA CALL, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

MICHAEL M. GUILLEN and
JULITA B. GUILLEN

_____
Michael M. Guillen

_____
Julita B. Guillen

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that MICHAEL M. GUILLEN, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JULITA B. GUILLEN, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

26

JULIE JOHNSON


_____
Julie Johnson


STATE OF _____ )
                                        :
_____ COUNTY        )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JULIE JOHNSON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]                    My commission expires: _____


27

CRAIG C. LABRUM and MICHELLE R. LABRUM

_____
Craig C. Labrum

_____
Michelle R. Labrum

STATE OF _____          )
                               :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that CRAIG C. LABRUM, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

STATE OF _____          )
                               :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that MICHELLE R. LABRUM, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

28

SHANE LAMB and CAROL LAMB


_____
Shane Lamb


_____
Carol Lamb


STATE OF _____            )
                              :
_____ COUNTY              )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that SHANE LAMB, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

STATE OF _____            )
                              :
_____ COUNTY              )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that CAROL LAMB, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____


29

BETH S. BLACK

_____
Beth S. Black

STATE OF _____            )
                              :
_____ COUNTY             )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that BETH S. BLACK, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

30

AQULILA VENTURES, LLC


By:    _____

Its:    _____


STATE OF_____ )

_____ COUNTY )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that_____whose name as _____ of the AQULILA VENTURES, LLC, a Texas limited liability company, is signed to the Release and Settlement Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he/she, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

Given under my hand this the _____ day of _____, 2011.


_____

Notary Public

[NOTARIAL SEAL]                    My commission expires: _____

31

DAVID BITTER and AMY BITTER


_____
David Bitter


_____
Amy Bitter


STATE OF _____          )
                           :
_____ COUNTY           )

     I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that DAVID BITTER, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

     Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

STATE OF _____          )
                           :
_____ COUNTY           )

     I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that AMY BITTER, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

     Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____


32

MICHAEL W. BUSBY and
JAN M. BUSBY

_____
Michael W. Busby

_____
Jan M. Busby

STATE OF _____           )
                               :
_____ COUNTY              )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that MICHAEL W. BUSBY, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]             My commission expires: _____

STATE OF _____        )
                            :
_____ COUNTY           )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JAN M. BUSBY, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]             My commission expires: _____

33

KEVIN L. HEATON and LOU ANN HEATON


_____
Kevin L. Heaton


_____
Lou Ann Heaton


STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that KEVIN L. HEATON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that LOU ANN HEATON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____


34

JAMES MOORE and TINA MOORE


_____
James Moore


_____
Tina Moore


STATE OF _____        )
                              :
_____ COUNTY             )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JAMES MOORE, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____


STATE OF _____        )
                              :
_____ COUNTY             )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that TINA MOORE, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____


35

KAPUA K. SPROUT

_____
Kapua K. Sprout

STATE OF _____        )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that KAPUA K. SPROUT, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]            My commission expires: _____

36

DAVID D. WALTON and KATHY WALTON

_____
David D. Walton

_____
Kathy Walton

STATE OF _____        )
                           :
_____ COUNTY          )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that DAVID D. WALTON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

STATE OF _____        )
                           :
_____ COUNTY          )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that KATHY WALTON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

37

PLACITAS GOLD, LLC

By: _____

Its: _____

STATE OF_____ )

_____ COUNTY )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that_____whose name as_____ of the PLACITAS GOLD, LLC, a New Mexico limited liability company, is signed to the Release and Settlement Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he/she, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

Given under my hand this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]                    My commission expires: _____

JAMES KNIGHT and ELIZABETH KNIGHT

_____
James Knight

_____
Elizabeth Knight

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that JAMES KNIGHT, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]                My commission expires: _____

STATE OF _____          )
                             :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that ELIZABETH KNIGHT, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]                My commission expires: _____

39

MICHAEL DISCHBEIN and LORI DISCHBEIN

_____
Michael Dischbein

_____
Lori Dischbein

STATE OF _____          )
                             :
_____ COUNTY            )

      I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that MICHAEL DISCHBEIN, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

      Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

STATE OF _____          )
                             :
_____ COUNTY            )

      I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that LORI DISCHBEIN, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

      Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

MARTHA C. SAPPINGTON


_____
Martha C. Sappington


STATE OF _____          )
                              :
_____ COUNTY            )

I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that MARTHA C. SAPPINGTON, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this the _____ day of _____, 2011.


_____
Notary Public

[NOTARIAL SEAL]          My commission expires: _____

41

ZANE P. WESTOVER and LISA WESTOVER

_____

Zane P. Westover

_____

Lisa Westover

STATE OF _____            )
                                            :
_____ COUNTY            )

     I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that ZANE P. WESTOVER, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

     Given under my hand and official seal, this the _____ day of _____, 2011.

_____

Notary Public

[NOTARIAL SEAL]            My commission expires: _____

STATE OF _____            )
                                            :
_____ COUNTY            )

     I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that LISA WESTOVER, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

     Given under my hand and official seal, this the _____ day of _____, 2011.

_____

Notary Public

[NOTARIAL SEAL]            My commission expires: _____

42

FRAZIER FAMILY TRUST

By:_____

Its:_____


STATE OF_____ )

_____ COUNTY )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that_____ whose name as _____ of the FRAZIER FAMILY TRUST, a Nevada trust, is signed to the foregoing Release and Settlement Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he/she, with full authority, executed the same voluntarily for and as the act of said trust.

Given under my hand this the _____ day of _____, 2011.


_____
Notary Public

AFFIX SEAL

My commission expires: _____

43

VIVIAN BROWN


_____

Vivian Brown


STATE OF _____            )
                              :
_____ COUNTY              )

    I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that VIVIAN BROWN, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

    Given under my hand and official seal, this the _____ day of _____, 2011.


_____

Notary Public

[NOTARIAL SEAL]            My commission expires: _____

44

EVELLA ENTERPRISES, LLC (formerly known as IRA4SC, LLC)

By: _____

Its: _____

STATE OF_____ )

_____ COUNTY )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that_____whose name as _____ of the EVELLA ENTERPRISES, LLC (formerly known as IRA4SC, LLC), a California limited liability company, is signed to the Release and Settlement Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he/she, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

    Given under my hand this the ____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]        My commission expires: _____

45

SNYDER INVESTMENTS

By: _____

Its: _____

STATE OF_____ )

_____ COUNTY )

     I, the undersigned, a Notary Public in and for said County in said State, hereby certify that_____whose name as _____ of the SNYDER INVESTMENTS, a Utah corporation, is signed to the Release and Settlement Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he/she, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

     Given under my hand this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]        My commission expires: _____

46

FRANK A. TORRELLI and DIANE M. TORRELLI

_____
Frank A. Torrelli

_____
Diane M. Torrelli

STATE OF _____        )
                           :
_____ COUNTY          )

    I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that FRANK A. TORRELLI, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he executed the same voluntarily on the day the same bears date.

    Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]        My commission expires: _____

STATE OF _____        )
                           :
_____ COUNTY          )

    I, the undersigned NOTARY PUBLIC in and for said County, in said State, hereby certify that DIANE M. TORRELLI, an individual, whose name is signed to the foregoing Release and Settlement Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, she executed the same voluntarily on the day the same bears date.

    Given under my hand and official seal, this the _____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]        My commission expires: _____

ASH BROOK PROPERTIES, LLC

By: _____

Its: _____

STATE OF_____ )

_____ COUNTY )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that_____whose name as _____ of the ASH BROOK PROPERTIES, LLC, a Utah limited liability company, is signed to the Release and Settlement Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he/she, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

    Given under my hand this the ____ day of _____, 2011.

_____
Notary Public

[NOTARIAL SEAL]        My commission expires: _____

48

CALL AUTO ENTERPRISES, INC.

By:    _____

Its:    _____

STATE OF_____ )

_____ COUNTY )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that_____whose name as _____ of the CALL AUTO ENTERPRISES, INC., an Idaho corporation, is signed to the Release and Settlement Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the Release and Settlement Agreement, he/she, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

    Given under my hand this the ____ day of _____, 2011.

        _____
        Notary Public

[NOTARIAL SEAL]        My commission expires: _____

1/2166257.2        49