FILED

2012 Jun-07  AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

PRIVATE CAPITAL GROUP, INC., )
*et al.*, )
  )
　　　Plaintiffs, )
  )
vs. )　　Civil Action No. CV-10-S-1398-NW
  )
BRAL HOLDINGS, LLC, *et al.*, )
  )
　　　Defendants. )

### ORDER OF PARTIAL DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on June 6, 2012,[1] it is ORDERED as follows:

1.　All of plaintiffs' claims against DeNora Tech, Inc., are DISMISSED with prejudice.

2.　All of plaintiffs' claims for any interests, liens, or other rights in or against the property referred to in plaintiffs' complaint as "Parcel 2 located at 102 Maryland Street, Tuscumbia, Alabama" are DISMISSED with prejudice.

3.　All cross-claims by intervenor plaintiff DeNora Tech, Inc., against plaintiffs are DISMISSED with prejudice.

4.　Costs incurred in the pursuit of any of the above claims are taxed as paid.

---

[1] Doc. no. 46.

5. Plaintiffs are ORDERED to file a status report, on or before June 14, 2012, setting forth all legal issues that remain for trial.

DONE this 7th day of June, 2012.

United States District Judge