## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| PRIVATE CAPITAL GROUP, INC., *et al.*, <br>         Plaintiffs, <br><br> vs. <br><br> BRAL HOLDINGS, LLC, *et al.*, <br><br>         Defendants. <br><br><br> DE NORA TECH, INC., <br><br>         Plaintiff-Intervenor, <br> vs. <br><br> PRIVATE CAPITAL GROUP, INC., *et al.*, <br>         Defendants. | Civil No. 3:10-cv-01398-CLS |

## REPORT OF PLAINTIFFS AND MOTION FOR ENTRY OF FINAL ORDER

COME NOW the Plaintiffs PRIVATE CAPITAL GROUP, et al., and in accord with the Court's Order of June 7, 2012 file this report and moves the Court

1

for entry of the Final Order which is attached hereto and as grounds says as follows:

1. This case was filed seeking various forms of relief including rescission of Foreclosure Deeds on certain parcels of real property which were security and collateral for the agreement, specifically including the properties commonly referred to as: (1) 502 Washington Drive, Muscle Shoals, AL 35661 (hereinafter "Parcel 1"); (2) 102 Maryland Street, Tuscumbia, AL 35674 (hereinafter "Parcel 2"); and (3) 103 S. Atlanta Avenue, Sheffield, AL 35660 (hereinafter "Parcel 3).

2. On April 30, 2009, a foreclosure sale was held and Parcel 1 was sold to Plaintiffs for the sum of $400,000.00, Parcel 2 was sold to Plaintiffs for the sum of $950,000.00, and Parcel 3 was sold to Plaintiffs for the sum of $1,000,000.00.

3. Due to certain irregulaties and omissions in the sale process, Plaintiffs sought rescission pursuant to Ala. Code §35-10-9, "All sales of real estate, made under powers contained in mortgages or deeds of trust contrary to the provisions of

this article, shall be null and void, notwithstanding any agreement or stipulation to the contrary."

4.     The named Defendants, the parties to the $2,000,000.00 loan made by Plaintiffs in 2008 secured by the mortgages which was and is in default, appeared in the case.

5.     De Nora Tech intervened in the case seeking to protect its rights with respect to Parcel 2.

6.     De Nora Tech asserted ownership of Parcel 2 by virtue of a Court Order entered by Hon. Inge Johnson of this Court on December 22, 2008 entered in Case No. CV-08-00672 (N.D. Ala. April 15, 2008) requiring BRAL to convey Parcel 2 back to De Nora Tech.

7.     Plaintiffs acknowledge De Nora Tech's ownership of the Parcel 2 and this Court entered an Order on June 7, 2012 approving its Stipulation with De Nora Tech.

8. In that Order the Court directed the Plaintiff to file this report on the remaining issues and parties.

9. In the spring of 2011 a Stipulation was entered into by and between Plaintiffs PRIVATE CAPITAL GROUP, et al., and Defendants BRAL HOLDINGS, LLC, DAVID SPENCE and DAVID BENNETT (all Defendants in the case except De Nora Tech) which disposed of all issues in this case.

10. The Stipulation was filed with the Court on August 30, 2011 as document 40 and 41.

11. The attached Order makes findings and determinations consistent with the agreement contained in the Stipulations to resolve all remaining issues in this case.

12. Plaintiffs request that the Court enter the attached Final Order to dispose of the case.

DATED this 14th day of June, 2012.


/s/ Charles R. Johanson
Attorney for Plaintiffs

**Of Counsel:**
ENGEL, HAIRSTON & JOHANSON P.C.
4th Floor 109 North 20th Street
P.O. Box 11405
Birmingham, AL 35202
Telephone: (205) 328-4600
Telefax: (205) 328-4698

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2012, I mailed this filing by the United States Postal Service to the following parties who are not registered to receive electronic service by operation of the court's electronic filing system:

*Defendant BRAL Holdings, LLC*
c/o William Robert Little III
4460 Legendary Dr.
Suite 400
Destin, FL 32541

*Defendant David W. Spence*
1647 Golden Fields Drive
Germantown, TN 38138

*Defendant David R. Bennett*
4460 Legendary Dr.
Suite 400
Destin, FL 32541

/s/ Charles R. Johanson
OF COUNSEL